IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. COX, | No. C-07-1661 MMC |
| Plaintiff<br>v. | **ORDER OF REFERRAL** |
| STAFF AT MISSION CREEK HOUSING, | |
| Defendant                                    / | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Claudia Wilken for consideration of whether the case is related to <u>Cox v. Staff at Mission Creek</u>, C-06-6381 CW.

**IT IS SO ORDERED.**

Dated: May 2, 2007

_____
MAXINE M. CHESNEY
United States District Judge