Name and Address: WILLIAM M COX
225 BERRY ST. SF. CA.
94158

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C07-1661CW ~~C07-661MMC~~

William M Cox
Plaintiff/Petitioner

vs.

Mission Creek Hous Inc
Jose Vega and Staff
Defendant/Respondent

Document Name:

THIS IS NOT AN AMENDMENT, IT TO LET YOU KNOW YOU MADE A MISTAKE, IN YOUR ORDER DISMISSING MY COMPLAINT.

JUDGE: CLAUDIA WILKEN. THERE ARE #4 PAGE'S PLEASE READ.

IN YOUR DISCUSSION, YOU SAID I DID NOT NAME ANY STAFF MEMBER, AS A STATE ACTOR BUT I DID. IN MY COMPLANT OF MARCH 30. AM 9:47 AT LINE #23 PAGE #2 & PRAY LINE #23 I PRAY THE COURT READ'S THE PAPER, OF EVID. AFTER PAGE #2 RELIEF OR, DAMAND, JURY TRI. $25.000. FOR STRESS CAUSE BY HARASSMENT, BY MR JOSE VEGA AND STAFF AT 225 BERRY BERRY ST. CALIF 94158. AND OTHERS, IN CONCERT WMC. THIS NOT AN AMENDMENT WITCH, IS DUE BY JULY 7TH–07. TO COME, I MADE SOME MISTAKE'S IN THE MAR-30 COMPLANT. I AM PRO SE. JUDGE WILKEN: THE 9TH CIR. IN FRETTA, KNOW WE MAKE MISTAKE'S, IM ~~A LAW~~ A ATTY. NO! I TRY. PRO SE. I HAVE TWO MORE THING'S OF EVIDNCE, OF PEOPLE IN CONCERT.

William M Cox

WE HAVE OUR UPS AND DOWN – I NEED YOUR HELP, TO GET A KILLER!

1  'deprivation of any rights, privileges, or immunities secured by
2  the Constitution and laws' of the United States." <u>Wilder v.</u>
3  <u>Virginia Hosp. Ass'n</u>, 496 U.S. 498, 508 (1990) (quoting 42 U.S.C.
4  § 1983).  Section 1983 is not itself a source of substantive
5  rights, but merely provides a method for vindicating federal rights
6  elsewhere conferred.  <u>Graham v. Connor</u>, 490 U.S. 386, 393-94
7  (1989).  To state a claim under § 1983, a plaintiff must allege two
8  essential elements: (1) that a right secured by the Constitution or
9  laws of the United States was violated and (2) that the alleged
10 violation was committed by a person acting under the color of state
11 law.  <u>West v. Atkins</u>, 487 U.S. 42, 48 (1988); <u>Ketchum v. Alameda</u>
12 <u>County</u>, 811 F.2d 1243, 1245 (9th Cir. 1987).  To state a claim a
13 plaintiff must show a specific constitutional or federal guarantee
14 safeguarding the interests that have been invaded.  <u>Paul v. Davis</u>,
15 424 U.S. 693, 697 (1976).
16     A. Acting Under Color of State Law
17     All of Plaintiff's constitutional claims fail because he does
18 not name an individual, acting under color of state law, who
19 violated his rights.[2]  Although Plaintiff alleges that Mission
20 Creek gets financing from HUD, this is not sufficient to allege
21 that any staff member is a state actor for purposes of stating a
22 § 1983 claim.  Private conduct may qualify as state action when
23 "the State has so far insinuated itself into a position of

---

[2] On page two of his complaint, Plaintiff mentions five people: Jose Vega, Michelle Zhao, Lawrence Av, Paul Lam, and Edwin Ballesteros.  Plaintiff does not name these people as defendants, he does not indicate that they are state actors, and he does not allege what actions each individual undertook that violated his constitutional rights.

4

# U.S. DISTRICT COURT

#2 END

1. Really they have been harassing April-06
2. But Oct-11-06 it got real bad for me the men who
3. live's above me bang his floor, my ceiling, I have
4. three witness'es all 3 are staff, all their language is
5. "Cantonese" same ethnic group! The man above me his
6. language is Cantonese, all the people here are one ethnic
7. group. Most! A few Tagalog. A few Spanish. A few English
8. They say they speak English ½ the time. I can't understand
9. They say we, American African or 17% percent. We need a Rep:
10. "Representative" ④ phone tapped, in a Fed. HUD. housing community
11. I hear people in the back ground on my phone's.
12. Fed question 28 1331 U.S.C.! That why I say its
13. a conspiracy. Even city police act funny when I call them want take / VIOLATIONS #1.4. AMEND. U.S.C.
14. print's. Nothing no follow up's. The Fed. Courts have jurisdiction!
15. 3-29-07 - William M. Cox. PRO.SE  *William M. Cox*, I hereby
16. UNDER PENALTY AND OF PERJURY THAT ALL STATEMENT'S ARE TRUE TO MY / ABOVE AND BELOW / W.M.C.
17. to my best of my knowledge. *William M Cox*. 3-29-07 PROSE
18. 225. Berry St. SF. CA. 94158. Apartment #402
19. I am sending: evid: right after these
20. two page's in order! ① ② ③ ④
21. Name's Jose Vega, Michelle Zhad, Lawrence Au, Paul Lam witness
22. ⑤ Edwin Ballesteros. / Jose Vega / call his boss he answered the phone!
23. ✓ I pray the court, read's the paper, of evid. After PAG #2
24. Relief or demand, Jury tri:, $25.000. for stress cause
25. by harassment. By Mr Jose Vega and his staff at 225
26. Berry St. SF. Calif. 94158. And other in concert.
27. Under penalty perjury this true, best of my knowledge *William M Cox*

**INCIDENT REPORT**    PROPERTY: <u>Mission Creek Senior Community</u>

An incident report should be completed for any activity, which may adversely affect tenants or staff within the community.

DATE: 6/24/07    TIME & DURATION: 30 minutes

**Who** was the individual?
1. William Cox
2. _____
3. _____
4. _____

**What** happened (describe briefly)?
Complaining inside his Room 408 I go up to check about smell in his Room

**Where** did the activity occur?
I smell some strong bad his eyes too noise

Date submitted to office/staff: 6/24/07
Signature: Francisca Hernand
Print Name: FRANCISCA HERNANDEZ

The information provided in this report will serve as a permanent record of your observation. Please be sure to give a clear description. This report is not confidential and may be reproduced.

____ check you if you wish this information to remain confidential.

..................................................................................................

**PLEASE DO NOT WRITE BELOW THIS LINE**
**OFFICE USE ONLY**

Action taken: NONE

_____    _____    _____
Manager          Resident Coordinator    Property Supervisor

Copy sent to Supervisor: _____

Date: _____    By: _____

THIS PERSON DESK CLERK!
THE FIRE DEPT. JOSE VEGA WAS MAKEING
GOO GOO EYE'S AT THEM THEY HAD NOTHING TO TEST
THE SMELL'S. BUG SPRAY OR SOME KIND GAS.
I OPENED THE DOOR'S BEFORE THEY CAME WITH
NOTHING TO TEST, THIS AIR WITH! TRYING TO KILL ME WHY?