Name and Address William M. Cox
225 BERRY ST. SF. CA.
94158

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William M. Cox
Plaintiff/Petitioner

vs.

JOSE VEGA, MICHELLE ZHAO, LAWRENCE AU, HOLLY WEH, EDWIN BALLESTEROS, PAUL LAW

Defendant/Respondent

Case No. C07-1661 CW

Document Name:

AMENDED COMPLAINT

42 U.S.C. § 1983, THE ORDER

WMC MISTAKE OF JUNE-7-07
MISTAKE.

JUDGE: CLAUDIA WILKEN. JOSE VEGA, MICHELLE ZHAO, LAWRENCE AU, HOLLY WEH, EDWIN BALLESTEROS, ALL IN CONCERT TO HARRASS WILLIAM M. COX TO MOVE, HARRASSMENT CAUSES ME GREAT STRESS, AS I SAID IN THE JUNE 25-07, WENT I NOTICED THE MISTAKE YOU MADE. THEY HAVE BEEN IN MY APARTMENT # 402 MAYBE # 10 TIMES, ALSO EVERY TIME I GO TO A HOSPITAL, IN SF. SAINT FRANCIS, THERE NOTHING WRONG WITH ME.
BUT WHEN I GO TO ALTA BATES, OR SUMMIT, THEY TOLD ME I HAVE ST ONES IN MY RIGHT KIDNEY. LEFT KIDNEY. PROSTRATE. WHY CAN NOT UCSF HOSP. AND SAINT FRANCIS TELL ME THE TRUTH? MR SABRINA DAY. DESK CLERK AT ST FRANCIS., WROTE ME A LETTER TELLING ME TWICE IN E.R. SOMEONE CALLED ON THE PHONE ABOUT ME, TO TELL MY PHYSICIAN, AT CURRY, ABOUT MY PROBLEMS BUT NOT HER. THE CALLS CAME FROM MISSION CREEK HOUSING. JOSE VEGA IS A LIAR! EVERYTHING HE SAYS ABOUT ME IS A LIE IT IS A CONSPIRACY. BECAUSE I DID NAME MISSION CREEK STAFF AS ACTORS. I PRAY THE COURT READ'S, THE PAPERS OF EVID. AFTER PAGE #2 RELIEF OR DEMAND, JURY TRI, 25,000 FOR STRESS CAUSED BY HARRASSMENT. BY JOSE VEGA AND HIS STAFF AT 225 BERRY ST. SF. CALIF AND OTHERS IN CONCERT. TENDERLIONS, RANDY SHAW, ATTY-CEO, MISSION CREEK THIS SAME ANY HEARING, YOU TO FOR MISSION YOU GO TO TENDERLIONS, HYDE IT IS A CONSPIRACY. AND MY DOCTOR IS NOT TO, DR. ZERCHER, RICHARD. IT DOSE PUT ME UNDER § 1983 U.S.C. 42.,

OVER

1. JUDGE, WILKEN EVERY TIME GO TO SAINT FRANCIS, OR UCSF HOSPITAL.
2. THEY SAY I'M ALRIGHT, I'M SENDING MED RECORD'S.
3. ALSO SENDING EVID'S ABOUT PHONE TAP, AND OF BURGLARY
4. AND TOXIC SMELL IN APT #402 WHERE I LIVE WHEN, THE FIRE DEPT.
5. COMES THEY NEVER BRING TO TEST THE AIR IN THIS APT.
6. IN ORDER, RIGHT AFTER THIS PAGE, NUMBERED, ALSO A VIOLATION
7. OF MY FRIST AMENDMENT RIGHT, BY JOSE VEGA, LIEING I NEVER
8. SENT ANYONE A MEMO, BUT HIM. PAGE #10 EVIDENCE #PAGE'S EVID.
9. PAGE #501-5 IN SUPPORT OF IN IFP #9

EVERY THING, BEFORE, AND AFTER IS TRUE, TO
MY UNDERSTANDING UNDER THE PENALTY PERJORY

7-4-07  7:45 P.M.  PRO SE - William M Cox ALSO KNOWN
AS IDRIS SALEH, AND WILLIE M. COX  Idris Saleh  William Cox

7-5-07 - William M Cox  PRO-SE- William M. Cox



# BAART
**Addiction Research and Treatment, Inc**
Turk Street Clinic
433 Turk Street
San Francisco, CA 94102
Telephone: (415) 928-7800  www.baartprograms.com  Fax: (415) 928-3710

June 26, 2007

To whom it may concern:

I witnessed Mr. Cox doing great healthwise late March or early April. After Mr Cox went to get a CAT scan at UCSF, he began hurting, feeling his prostate was swollen and he was visibly limping which he was not doing before he went to UCSF.

Beth Green, MS, CRC.

573 4536

#1

Outpatient Substance Abuse Treatment

Stephen R Benzian, MD
Robert E Clark, MD
Ronald L Embry, MD
John P Gartland, MD
James L Gorder, MD
Robert R Hart, MD

Saint Francis Memorial Hospital
Department of Radiology
Bay Area Radiologists
A Medical Group, Inc
900 Hyde Street
San Francisco, CA 94109
(415) 353-6390   Fax 353-6396

Daniel Lentz, MD
Frank Mainzer, MD
Susan C Marks, MD
Sonja M C Moelleken,
Jon D Shanser, MD
Douglas J Sheft, MD

Patient Name: COX, William
Med Rec #: 10254445
DOB: 29Feb1944
Ord MD: NAIDUS, RICHARD
Attn MD:
Adm MD:

Exam Date: 10Jan2006
Verification Status: VERIFIED
Patient Type: E
Location/Rm:
Hosp/Serv: EMR
Acct #: 038207783

XRAY CHEST 2 VIEWS

ACC #: 1728017

HISTORY: R/O rib fracture.

CHEST, 2 VIEWS:

The heart is normal in size and shape. The lungs are clear without focal mass, consolidation or infiltrate. The bones and soft tissues are normal except for senescent changes of the spine and aorta consistent with the patient's age. The mediastinal and diaphragmatic contours are normal. There is no sign of heart failure, pneumonia or any active process in the chest.

CONCLUSION: NO ACTIVE CARDIOPULMONARY DISEASE; CHEST WITHIN NORMAL LIMITS FOR AGE. NO RIB FRACTURE APPRECIATED.

Dictating MD: SHANSER, JON
Verifying MD: SHANSER, JON
Date Transcribed: 01/10/06
Initials of Transcriptionist: MH

6/11/07 Mr Cox has no symptom of TB infection. I would recommend a repeat CXR only if symptoms are present

*2*



**Saint Francis Memorial Hospital**
**CHW**

900 Hyde Street • San Francisco, CA 94109
(415) 353-6000

## CONDITIONS FOR OUTPATIENT TREATMENT
Page 3 of 3

You also acknowledge and agree that, except as otherwise provided by law, you are individually liable to pay for any treatment, procedure or service ordered by your physician(s) if your health service plan appears on the above-mentioned list, but the plan refuses to pay for the treatment, procedure or service for any reason, including but not limited to, a plan determination that the treatment, procedure or service was not covered by the plan, was not authorized by the plan or was not medically necessary.

**Acknowledgement, Consent, and Financial Responsibility Agreement by Patient or Patient's Legal Representative or Authorized Agent**

You certify that you have read, understand, and agree to the foregoing, have received a copy of it, and are either the patient, the patient's legal representative, or the person authorized by the patient to act as the patient's agent to execute this document and to accept its terms.

Date: 6/21/06     Time: 9/5   A.M./P.M.

Name: William Cox
(Please Print Name)

Signature: William M. Cox
(Patient or Patient's Legal Representative or Authorized Agent)

If signed by anyone other than the patient, please indicate relationship: _____

Witness: _____

**Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative:**

I agree to accept financial responsibility for outpatient services rendered to the patient. In particular, I accept the terms of the Financial Agreement, Assignment of Insurance Benefits, Health Care Service Plans and Third Party Liability provisions as stated above.

Date: _____     Time: _____ A.M./P.M.

Signature: _____
(Financially Responsible Party)

Witness: #3 _____

White: Chart     Yellow: Patient

**Alta Bates Summit Medical Center - Emergency Department**
2450 Ashby Avenue, Berkeley, CA, 94705, (510) 204-2500
Patient: IDRIS SALEH Med. Rec. #: 497751  Account #: 0717601245
Date: 06/26/2007 Time: 02:38

far as possible from the air bag.
- Keep babies under 20 pounds and under 1 year of age in a carseat in the back seat, facing the front of the car. **Children should never ride in the front seat of a car with air bags until 13 years of age.** Pregnant women should always wear the lap and shoulder belt with the lap belt firmly placed under the belly and across the hips. By protecting Mom, the baby has the best chance of surviving a crash.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away**. If you cannot reach your doctor, return to the Emergency Department. If you do not have a primary care doctor and wish to arrange for one, please call (510) 869-6777 to speak with a Health Match Physician Referral representative. ☐

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_AKA William M Cox - AKA Willie M Cox_
**IDRIS SALEH or Responsible Person**

IDRIS SALEH or Responsible Person has received this information and tells me that all questions have been answered.

_____
**Staff Signature**

#4

**Alta Bates Summit Medical Center - Emergency Department**
**2450 Ashby Avenue, Berkeley, CA, 94705, (510) 204-2500**
**Patient: IDRIS SALEH  Med. Rec. #:  497751   Account #:  0717601245**
**Date: 06/26/2007 Time: 02:38**

Graphic Title:  Kidney showing Stones



#5



# BBHS, Inc.
**BAART Behavioral Health Services, Inc.**
Turk Street Clinic
433 Turk Street
San Francisco, CA 94102
Telephone: (415) 925-7800    www.baartprograms.com    Fax: (415) 928-3710

*[Handwritten annotations: U.S.C. 28 /1331 FED QUESTION / PHONE TAPPED IN FED HOUSING HUD?]*

March 20, 2007

To Whom It May Concern:

This letter is to inform you of some information I have discovered. I am Mr. Cox's counselor at BAART Turk Street. Today, using Mr. Cox's cell phone we dialed a number and displayed on the phone were the words "end call". Yet the phone still dialed the number and the call went through. Also, I found that dialing a number from my cell phone, I could not get through to voicemail as it stated that the mailbox was full. Yet, when dialing from Mr. Cox's cell phone, we could get through and leave a message. If you have any questions, please feel free to call me at (415) 928-7800 ext. 323 between the hours of 7am and 3pm.

Sincerely,

*[signature]*
Beth Green

Maintenance Counselor

② Illegal s.ands.

4TH AMEND
U.S.C
BREAK IN
Illegal
TAKE LEGAl
PAPER'S
FROM
USA. SUP COURT

**REPORTEE FOLLOW-UP**
Case Number: 070279326

Case numbers are assigned to an investigator based on facts obtained during the initial investigation. If you want more information about the above case number, or if you have additional information that may assist the investigation, please call the number checked below between 9 a.m. and 5 p.m.

☐ Accident Records 553-1286
☐ Auto 553-1261
☑ Burglary 553-1351
☐ Domestic Violence 553-9225
☐ Fraud 553-1521
☐ Fencing 553-1392
☐ General Work 553-1141
☐ Hit and Run 553-1641
☐ Homicide 553-1145
☐ Robbery 553-1201
☐ Sex Crimes 553-1361
☐ Juvenile 553-5500
☐ Missing Person 558-5508
☐ Special Investigations/Hate Crimes 553-1133
☐ Night Investigations 553-9210
☐ Lost and Found 553-9063
☐ Violent Crime Task Force 553-1401

**REPORTEE FOLLOW-UP**
CAD Case Number: 070153515

Case numbers are assigned to an investigator based on facts obtained during the initial investigation. If you want more information about the above case number, or if you have additional information that may assist the investigation, please call the number checked below between 9 a.m. and 5 p.m.

☐ Accident Records 553-1286
☐ Auto 553-1261
☑ Burglary 553-1351
☐ Domestic Violence 553-9225
☐ Fraud 553-1521
☐ Fencing 553-1392
☐ General Work 553-1141
☐ Hit and Run 553-1641
☐ Homicide 553-1145
☐ Robbery 553-1201
☐ Sex Crimes 553-1361
☐ Juvenile 553-5500
☐ Missing Person 558-5508
☐ Special Investigations/Hate Crimes 553-1133
☐ Night Investigations 553-9210
☐ Lost and Found 553-9063
☐ Violent Crime Task Force 553-1401

**REPORTEE FOLLOW-UP**
Case Number: 070242135    #7

Case numbers are assigned to an investigator based on facts obtained during the initial investigation. If you want more information about the above case number, or if you have additional information that may assist the investigation, please call the number checked below between 9 a.m. and 5 p.m.

☐ Accident Records 553-1286
☐ Auto 553-1261
☑ Burglary 553-1351
☐ Domestic Violence 553-9225
☐ Fraud 553-1521
☐ Fencing 553-1392
☐ General Work 553-1141
☐ Hit and Run 553-1641
☐ Homicide 553-1145
☐ Robbery 553-1201
☐ Sex Crimes 553-1361
☐ Juvenile 553-5500
☐ Missing Person 558-5508
☐ Special Investigations/Hate Crimes 553-1133
☐ Night Investigations 553-9210
☐ Lost and Found 553-9063
☐ Violent Crime Task Force 553-1401

## INCIDENT REPORT

PROPERTY: <u>Mission Creek Senior Community</u>

An incident report should be completed for any activity, which may adversely affect tenants or staff within the community.

DATE: 6/24/07      TIME & DURATION: 30 minutes

**Who** was the individual?
1. William Cox
2. _____
3. _____
4. _____

**What** happened (describe briefly)?
Complianing inside the his Room 402 I go up to check about smell in his Room

**Where** did the activity occur?
I smell some strong bad his eyes in nose

Date submitted to office/staff: 6/24/07
Signature: Francisca Hernandez
Print Name: FRANCISCA HERNANDEZ

The information provided in this report will serve as a permanent record of your observation. Please be sure to give a clear description. This report is not confidential and may be reproduced.
____ check you if you wish this information to remain confidential.

..................................................................................
**PLEASE DO NOT WRITE BELOW THIS LINE**
**OFFICE USE ONLY**

Action taken: _____

_____
_____

_____     _____     _____
Manager                 Resident Coordinator    Property Supervisor

Copy sent to Supervisor: _____

Date: _____        By: _____

#8

*THE LETTER I GOT BACK*

EXHIBIT A

October 11, 2006

*EVERY TIME WE ASK FOR AN AFRICAN AMERICAN THEY DONT ONE THEY COULDENT GET AWAY WITH THEY DO*

Mr. William Cox
225 Berry Street # 320
San Francisco, Ca 94158

Mr. Cox;

*WHAT OTHER TENANTS*
*WHAT OTHER STAFF*

This is in regards to the memos that you have sent to other staff and me at Mission Creek.

*554 252 4602*

*AMEND FIRST*  Given the tone and context of your letter we feel that you are in violation of your *LEASE USE* lease agreement. Harassment towards the staff or me in any form, written or *FIRST AMEND* verbal will not be tolerated. We also have comments by other tenants that you *LIE FIRST* have contacted them in an attempt to encourage them to file complaints.

Mr. Cox, we continue to be here for all residents, including you, to help them through the difficult times that they have gone through in their lives. As long as *LIE ADD TO STRESS* residents follow the rules and respect each other and staff there should be no reason why this can't be a thriving and comfortable community for all to live.

There is no room, however, for anyone at anytime using threatening comments or derogatory statements against residents or staff.

Continued behaviors like those personally demonstrated and those contained in the above mentioned letter are jeopardizing your housing at Mission Creek Senior Community. *FORM ASKING FOR A REP EVERY ONE HAS ONE A LIE BUT THE AMERICAN AFRICAN YOU CAN UNDERSTAND THEM! WE NEED A REP,*
I am asking you to cease making this these types of comments against the staff and other residents.

We try to promote a happy healthy atmosphere at Mission Creek. We hope that you will please take a more positive look at what is available to you here and will take advantage of this gift.  *GIFT?*

Please feel free to contact Paul Lam or me if you have any questions.

Sincerely,

*538 3133*

José A. Vega
Community Operations Manager
Mission Creek Senior Community

*José A Vega*
*#9 WMC*

*I TOLD THE TRUTH
NO AFRICAN AMERICAN
THEY KNOW HE OR SHE
WOULD NOT GO ALONG THE B.S.*

# Social Security Administration

Date: April 30, 2007
Claim Number: 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A
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DI

IBEV010007428  0.345  MB  0.326  T00000027

WILLIAM MAURICE COX
225 BERRY APT 402
SAN FRANCISCO CA 94158-1612

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning January 2007, the current Supplemental Security Income payment is $ 940.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

## Date of Birth Information

The date of birth shown on our records is February 29, 1944.

## Other Important Information

PREPARED B Y P.PHIDD

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

#10

See Next Page