United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM M. COX,                          No.  C 07-1661 CW

                 Plaintiff,              ORDER DENYING REQUEST TO
                                         PROCEED IN FORMA PAUPERIS
        v.                               AND DISMISSING COMPLAINT

JOSE VEGA; MICHELLE ZHAO; LAWRENCE
AV; HOLLY WEH; EDWIN BALLESTEROS;
and PAUL LAW,

                 Defendants.
_____/

     On March 22, 2007, Plaintiff William M. Cox filed his

complaint and request for leave to proceed in forma pauperis (IFP)

pursuant to 28 U.S.C. § 1915(a).  On March 26, 2007, the Court

issued an Order Dismissing Action with Leave to Amend (March 26

Order).  In the March 26 Order, the Court explained that Plaintiff

had failed to allege any basis for federal jurisdiction over his

complaint and failed to include a demand for judgment for the

relief he sought.  The Court dismissed the complaint with leave to

amend no later than April 27, 2007.  On March 30, 2007, Plaintiff

filed a first amended complaint (FAC).  In his FAC, Plaintiff

attempted to state claims for violations of his rights under the

First and Fourth Amendments by five individuals who were staff at

Mission Creek Housing, where Plaintiff lived.  On June 7, 2007, the

Court issued an Order Denying Request to Proceed In Forma Pauperis

And Dismissing Complaint With Leave to Amend (June 7 Order).  In

the June 7 Order, the Court explained that Plaintiff's allegations were insufficient to state constitutional claims because he had failed to assert factual allegations that the State exercised any power or influence over the individuals named in Plaintiff's FAC to cause them to violate Plaintiff's constitutional rights.  The Court also explained that Plaintiff's allegations were insufficient to establish that these individuals committed a constitutional violation.  In regard to the First Amendment claim, the Court stated that it appeared that Plaintiff "alleges that he was criticized for requesting an African American representative. Plaintiff does not indicate who criticized him or how he was criticized or whether he was retaliated against for making this statement or how his speech was chilled."  In regard to the Fourth Amendment claim, the Court stated that Plaintiff alleges that "someone came into his apartment without his knowledge and took his federal legal papers.  However, he does not indicate who came into his room to take his legal papers and how this individual or individuals acted under state law."  The Court also stated that Plaintiff attempted to allege that his civil rights under §§ 441 and 443 were violated, but did not identify under which title of the United States Code these statutes fall.  The Court failed to find any such statute that would apply to Plaintiff's allegations.

In the June 7 Order, the Court gave Plaintiff the following instructions: (1) name as a Defendant each individual who violated his rights and specify how each Defendant acted under color of state law and the actions of each Defendant that violated his rights; (2) identify what title §§ 441 and 443 fall under and how

2

each Defendant violated the rights provided by these statutes.

Plaintiff has timely filed a Second Amended Complaint (SAC). He has named six individuals as Defendants. However, in all other respects, Plaintiff has failed to follow the Court's instructions. In the SAC, Plaintiff alleges facts such as, "Jose Vega, Michelle Zhao, Lawrence Av, Holly Weh, Edwin Ballesteros . . . have been in my apartment #402 maybe #10 times, also every time I go to a hospital in SF Saint Francis, there nothing wrong with me [sic]." Plaintiff alleges that Saint Francis Hospital does not tell him the truth about his medical condition. He also alleges that there is a toxic smell in his apartment, but "they" never test the air.

These allegations fail to respond to the instructions given in the Court's June 7 Order regarding how to remedy the deficiencies in his FAC.

Because this is the third time the Court has dismissed this complaint, the dismissal is without leave to amend. However, dismissal is without prejudice to filing in a paid complaint.

IT IS SO ORDERED.

7/30/07

Dated:_____     _____
                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

COX et al,

        Plaintiff,

  v.

STAFF AT MISSION CREEK HOUSING et al,

        Defendant.
_____/

Case Number: CV07-01661 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William M. Cox
225 Berry Street # 402
San Francisco,  CA 94158

Dated: July 30, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

4